# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA LYNN DINWIDDIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:15-cv-01007-SAB<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO PROSECUTE<br><br>RESPONSE DUE AUGUST 31, 2015 |

　　　　On July 2, 2015, Plaintiff Roberta Lynn Dinwiddie ("Plaintiff") filed a complaint challenging the final decision of the Commissioner denying Social Security benefits.  (ECF No. 1.)  On July 2, 2015, the Court issued the scheduling order in this action.  (ECF No. 3.)  The scheduling order requires Plaintiff to serve the summons and complaint in this action within twenty days of filing the complaint and to file a return of service with the Court.  To date, no return of service has been filed with the Court and there is no indication that Plaintiff has filed the summons or complaint.  No activity has occurred on the Court's docket for this action since the scheduling order was issued on July 2, 2015.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to comply with the Court's scheduling order and Plaintiff's failure to prosecute this action. Plaintiff shall file a written response to this order to show cause no later than **August 31, 2015**. Plaintiff is forewarned that failure to respond to this order to show cause will result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **August 19, 2015**

UNITED STATES MAGISTRATE JUDGE

2