# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA LYNN DINWIDDIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:15 -cv-01007-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING PLAINTIFF TO FILE RETURN OF SERVICE WITHIN FIVE DAYS<br><br>(ECF Nos. 4, 5) |

On August 19, 2015, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute. (ECF No. 4.) On August 21, 2015, Plaintiff filed a response to the order to show cause. (ECF No. 5.) Based on Plaintiff's response, the order to show cause shall be discharged.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause filed August 19, 2015, is DISCHARGED; and
2. Within five days from the date of service of this order, Plaintiff shall file return of service with the Court.

IT IS SO ORDERED.

Dated:  **August 24, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1